HELMER FRIEDMAN, LLP
Andrew H. Friedman, P.C. (S.B. #153166)
Gregory D. Helmer, P.C. (S.B. # 150184)
723 Ocean Front Walk
Venice, California 90291
Telephone: (310) 396-7714 - Facsimile: (310) 396-9215
Email: Email: afriedman@helmerfriedman.com

THE COWAN LAW FIRM
Jeffrey W. Cowan (S.B. # 157474)
1541 Ocean Avenue, Suite 200
Santa Monica, CA 90401
Telephone: (310) 394-1420 - Facsimile: (310) 394-1430
Email: jeffrey@cowan-law.com

Attorneys for Plaintiffs/Class Members
JOHN JOSEPH SAINT JOHN, JULIO CESAR
FLORES, ANTONIO AGUILAR

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JOHN JOSEPH SAINT JOHN, JULIO CESAR FLORES, ANTONIO AGUILAR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TATITLEK SUPPORT SERVICES, INC., a corporation, TATITLEK/FORCE PREPAREDNESS TRAINING SERVICES, INC., a corporation, and DOES 1 through 75, inclusive,<br><br>Defendants. | CASE NO.: ED CV08-01909 JZ (RZx)<br><br>**[THE HONORABLE JACK ZOUHARY]**<br><br>**NOTICE OF LODGING AND LODGING OF:**<br><br>**(1) [PROPOSED] ORDER RE: MOTION FOR ORDER GRANTING FINAL APPROVAL TO PROPOSED CLASS ACTION SETTLEMENT; AND**<br><br>**(2)[PROPOSED] ORDER RE: MOTION FOR FINAL APPROVAL OF ATTORNEYS' FEES AND COSTS**<br><br>**DATE: OCTOBER 21, 2011<br>TIME: 10:30 A.M.<br>JUDGE: THE HON. JACK ZOUHARY<br>COURTROOM: TBD** |

- 1 -
**NOTICE OF LODGING AND LODGING OF [PROPOSED] ORDERS**

**TO THE HONORABLE COURT AND DEFENDANTS AND THEIR COUNSEL:**

Please take notice that Plaintiffs are hereby lodging the following two proposed orders in connection with their Motion For Order Granting Final Approval To Proposed Class Action Settlement [ECF # 103] and Motion For Final Approval Of Attorneys' Fees And Costs [ECF # 105]:

(1) [PROPOSED] ORDER RE MOTION FOR ORDER: (1) GRANTING FINAL APPROVAL TO PROPOSED CLASS ACTION SETTLEMENT; AND (2) CERTIFYING SETTLEMENT CLASS; and

(2) [PROPOSED] ORDER RE MOTION FOR FINAL APPROVAL OF: (1) ATTORNEYS' FEES AND COSTS; AND (2) CLASS REPRESENTATIVE SERVICE PAYMENTS

Date: September 21, 2011

HELMER • FRIEDMAN, LLP
Andrew H. Friedman, P.C.
Gregory D. Helmer, P.C.

THE COWAN LAW FIRM
Jeffrey W. Cowan

*Andrew H. Friedman*
_____
ANDREW H. FRIEDMAN, P.C.
ATTORNEYS FOR PLAINTIFFS/Class Members
JOHN JOSEPH SAINT JOHN, JULIO CESAR FLORES, ANTONIO AGUILAR