HELMER FRIEDMAN, LLP
Andrew H. Friedman, P.C. (S.B. #153166)
Gregory D. Helmer, P.C. (S.B. # 150184)
723 Ocean Front Walk
Venice, California 90291
Telephone: (310) 396-7714
Facsimile: (310) 396-9215
E-Mail – afriedman@helmerfriedman.com

THE COWAN LAW FIRM
Jeffrey W. Cowan (S.B. # 157474)
1541 Ocean Avenue, Suite 200
Santa Monica, CA 90401
Telephone: (310) 394-1420
Facsimile: (310) 394-1430
E-Mail - jeffrey@cowan-law.com

Attorneys for Plaintiffs/Class Members
JOHN JOSEPH SAINT JOHN, JULIO
CESAR FLORES, ANTONIO AGUILAR

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JOHN JOSEPH SAINT JOHN, JULIO CESAR FLORES, ANTONIO AGUILAR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TATITLEK SUPPORT SERVICES, INC., a corporation, TATITLEK/FORCE PREPAREDNESS TRAINING SERVICES, INC., a corporation, and DOES 1 through 75, inclusive,<br><br>Defendants. | CASE NO.: ED CV08-01909 JZ (RZx)<br><br>**[THE HONORABLE JACK ZOUHARY]**<br><br>**PLAINTIFFS' RESPONSE/REPLY TO OBJECTION BY CLASS MEMBER RONALD WARPACK**<br><br>**DATE: OCTOBER 21, 2011**<br>**TIME: 10:30 A.M.**<br>**JUDGE: THE HON. JACK ZOUHARY**<br>**COURTROOM: TBD**<br><br>**RIVERSIDE FEDERAL COURTHOUSE**<br><br>**3470 TWELFTH STREET, RIVERSIDE, CA 92501** |

**PLAINTIFFS' RESPONSE/REPLY TO OBJECTION BY RONALD WARPACK**

1    Plaintiffs respectfully submit that the objection of Ronald Warpack lacks

2    merit for at least several important reasons.

3    Like the other three objectors (out of the 2,331class members who

4    responded to the Notice and neither opted out nor objected), Mr. Warpack is

5    dissatisfied with the amount of money he will receive.   But based on his statement

6    "After we changed to legal calculated hourly wage", it appears (Mr. Warpack does

7    not specify when he thinks this occurred) that Mr. Warpack *assumes* that

8    California law applies to the dispute while failing to acknowledge the possibility

9    that the Court might conclude otherwise and grant Defendants' motion for

10   summary adjudication.

11   Equally important, the settlement confers much of what could have been

12   recovered under the FLSA (according to the Department of Labor's own findings)

13   – but without the risk or expense of adjudicating whether the lawsuit is suitable for

14   class certification, whether there is liability, and whether any judgment can be

15   collected.  Mr. Warpack fails to recognize this point.

16   For the foregoing reasons, Class Counsel respectfully asks that the Court

17   overrule the objection of Mr. Warpack and grant final approval of the Settlement.

18

19   Date: October 12, 2011                    HELMER • FRIEDMAN, LLP
                                               Andrew H. Friedman
20
                                               THE COWAN LAW FIRM
21                                             Jeffrey W. Cowan

22          By:                   *Andrew H. Friedman*

23                                _____
                                  ANDREW H. FRIEDMAN, P.C.
24                                ATTORNEYS FOR PLAINTIFFS

25

26

27

28

1